1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

4                      **United States Bankruptcy Court**
                       **Central District of California**
5

6                                           ) Chapter 13
                                            )
7  TONY H AYOUB                             ) Case No.: 8:09-bk-22159-ES
                                            )
8                                           ) **NOTICE OF UNCLAIMED DIVIDEND**
                                            ) **(Bankruptcy Rule 3011)**
9                                           )
                                            )
10                                          )
                                            )
11 ─────────────────────────────────────────

12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13      Please find annexed hereto Check No. **301106** in the sum of **$30.00**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17      ORANGE COUNTY TAX COLLECTOR
        PO BOX 1438
18      SANTA ANA, CA #REF!

19
   Date: September 10, 2011            __/S/_____
20                                     Amrane Cohen, Chapter 13 Standing Trustee

21

22

23

24

25

26

                                        1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0922159 | TONY H AYOUB<br>ACCT: 263-362-13.00 | Claim: 00018 | XXX-XX-7627 | 30.00 | 0.00 | 30.00 |
| | | TOTALS | | 30.00 | 0.00 | 30.00 |

TONY H AYOUB

BALANCE:   1,059.05   [0.00 27/00018]
SSN: XXX-XX-7627   SSN:
ACCT: 263-362-13.00   CASE: 0922159
PRINCIPAL:   30.00   INTEREST:   0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79/611

0301106

Aug 22, 2011

VOID 90 DAYS FROM DATE

********$30.00

**PAY**   Thirty And 00 / 100 Dollars

**TO THE**
**ORDER OF**   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆0301106⑆ ⑆061100790⑆ 000000575186 2⑆